# United States District Court
## Violation Notice

EV66

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7339844 | Szulwach | 0646 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 5/6/18  27o5 | VSC 46.2-862(;) |

Place of Offense

S/B GWMP @ Spout Run

Offense Description: Factual Basis for Charge          HAZMAT ☐

Reckless Driving

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Cobum | Zachery | A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VYXZ517 | VA | 15 | Hond | 4D | Blk |

**A** ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

NA

$ _____  Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT →**   $   **Total Collateral Due**

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**U.S. District Court**
Court Address
**401 Courthouse Square**
**Alexandria, VA 22314**
**(703) 299-2100**

| Date (mm/dd/yyyy) |
|---|
| 07/12/18 |
| Time (hh:mm) |
| 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev 09/2015)          Original - CVB Copy

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

7339844

CVB SCAN 05/11/2018 14:29